IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Ramos,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Katrina Kane, ICE, Department<br>of Homeland Security,<br><br>　　　　　Respondent. | No. CV 08-762-PHX-MHM (DKD)<br><br>**ORDER** |

  Petitioner, Victor Ramos, filed his Petition for Writ of Habeas Corpus on April 23, 2008. On October 17, 2008, Respondent filed a Suggestion of Mootness advising the Court that Petitioner has been released from detention.

  The Magistrate Judge filed his Report and Recommendation on October 21, 2008 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as moot and that Respondent's Motion to Withdraw Motion to Hold in Abeyance be granted.

  In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed. The Court notes that the Petitioner's copy of the Report and Recommendation has been returned by the post-office with the notation "Released/Not in Custody." Failure to timely file objections to any factual or legal determination of the Magistrate Judge may be

1  considered a waiver of a party's right to *de novo* consideration of the issues.  *See United*
2  *States v. Reyna-Tapia 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).*
3      After a complete and independent review of the issues presented, the Court finds itself
4  in agreement with the Report and Recommendation of the Magistrate Judge.
5      IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
6  as the order of this Court [11].
7      IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
8  as moot [doc. 1].
9      IT IS FURTHER ORDERED that Respondent's Motion to withdraw the Motion to
10  Hold in Abeyance is granted [docs. 9, 10].
11      IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
12      DATED this 2nd day of December, 2008.

*/s/ Mary H. Murguia*
Mary H. Murguia
United States District Judge

- 2 -